# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00391-CV

**Aero Nautical Leasing Corporation and
Lawrence Allen, Appellants**

**v.**

**State of Texas; City of College Station, Texas; and
County of Brazos, Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. GV103293, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

The parties have filed an agreed motion to reverse the judgment of the trial court, remand for further proceedings, and to tax costs against the party incurring same.

In accordance with the agreement, the judgment of the trial court is reversed and the cause remanded for further proceedings. *See* Tex. R. App. P. 43.2(d).

_____

Jan P. Patterson, Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Reversed and Remanded on Agreed Motion

Filed:   September 26, 2002

Do Not Publish